AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
2014 JUL 29 PM 1:27
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. A14-m-337 |
| Erika SANDOVAL | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __7/28/2014__ in the county of __Williamson__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21; USC 841(a)(1), 846 | Did knowingly combine, conspire and confederate with others to possess with intent to distribute 50 grams or more of a substance containing a detectable amount of methamphetamine, a controlled substance. |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

_____
Complainant's signature

William P. Snodgrass, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/29/2014

City and state: Austin, TX

_____
Judge's signature

Andrew W. Austin
United States Magistrate Judge
Printed name and title

**ATTACHMENT A**

On July 28, 2014, at approximately 11:05pm, Round Rock Police Department Officer Raul Morales conducted a traffic stop of a white Jeep Cherokee, displaying TX license DMV-5603 in the 4000 block of N IH-35, Round Rock, TX for a traffic violation.  Subsequent to the traffic stop, Officer Morales identified the driver of the vehicle as Erika Sandoval.  During the traffic stop, Sandoval appeared extremely nervous and Officer Morales obtained consent to search the vehicle from Sandoval.  In addition, a K-9 alerted to the vehicle after a free-air K9 sniff.  A search of the vehicle revealed tooling marks on the vehicles oil pan.  After removal of the oil pan, officers located 13 packages of suspected methamphetamine concealed within an aftermarket compartment in the vehicle's oil pan.  This substance weighed approximately 7,384 grams and field tested positive for methamphetamine.  Sandoval was interviewed by officers after the narcotics were discovered, and under a rights advisement and waiver Sandoval admitted knowledge of the narcotics in the vehicle she was driving.